ALSD Local AO 93 (Rev. 8/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE ENTIRE PREMISES LOCATED AT 1450 LEROY STEVENS RD, APT. 41, MOBILE, AL 36695 | )<br>)<br>)  Case No. MJ 15-0081-B<br>)<br>)<br>) |

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Maria Payne*
Deputy Clerk
Date: August 04, 2015

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Alabama
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     August 18, 2015
                                                                                                                              *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ✱
Sonja F. Bivins
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____

Date and time issued:   August 4, 2015 at 2:55pm     *Judge's signature*

City and state:   Mobile, Alabama              Sonja F. Bivins, United States Magistrate Judge
                                                                         *Printed name and title*

✱ Antimaging or Mirroring of cellphones should be completed on-site to the extent practicable. Otherwise, such should be completed by August 18, 2015.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 0041-15-CID221 | Date and time warrant executed: 5 Aug 15  0915 | Copy of warrant and inventory left with: Via Q. Gailes |
| Inventory made in the presence of: Via Q. Gailes | | |
| Inventory of the property taken and name of any person(s) seized: See attached sheets | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7 Aug 15

*Executing officer's signature*

Richard B. Sturnes, Special Agent
*Printed name and title*

| MPR/CID SEQUENCE NUMBER | |
|---|---|
| **EVIDENCE/PROPERTY CUSTODY DOCUMENT** <br> For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command | CRD REPORT/CID ROI NUMBER <br> 0041-15-CID221-001177 |

| RECEIVING ACTIVITY <br> CCIU WMO, USACIDC | LOCATION <br> Quantico, VA 22134 RBS |
|---|---|
| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED <br> [X] OWNER   Via Gailes <br> [ ] OTHER | ADDRESS (Include Zip Code) <br> 1450 Leroy Stevens Road Apt 41 <br> Mobile, AL 36695 |
| LOCATION FROM WHERE OBTAINED <br> 1450 Leroy Stevens Road Apt 41 <br> Mobile, AL 36695 | REASON OBTAINED <br> evidence | TIME/DATE OBTAINED <br> 1200/05 Aug 15 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES <br> (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | hard disk drive, Seagate brand, momentus 320GB, S/N: 6VDB8KML, silver in color, metal type construction <br> MFID: 1200, 5Aug15, RBS -- LAST ITEM /RBS |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 05 Aug 15 | SIGNATURE *(signed)* <br> NAME, GRADE OR TITLE <br> Via Q. Gailes | SIGNATURE *(signed)* <br> NAME, GRADE OR TITLE <br> R.B. Starnes, Special Agent | ~~collected~~ as evidence <br> RBS |
| 1 | 7 AUG 15 | SIGNATURE *(signed)* <br> NAME, GRADE OR TITLE <br> Richard B. Starnes, Special Agent | SIGNATURE *(signed)* <br> NAME, GRADE OR TITLE <br> AMAIA MACASA | Release to Evidence Custodian |
| | | SIGNATURE <br> NAME, GRADE OR TITLE | SIGNATURE <br> NAME, GRADE OR TITLE | |
| | | SIGNATURE <br> NAME, GRADE OR TITLE | SIGNATURE <br> NAME, GRADE OR TITLE | |
| | | SIGNATURE <br> NAME, GRADE OR TITLE | SIGNATURE <br> NAME, GRADE OR TITLE | |

DA FORM 4137, 1 JUL 1976   Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete   LOCATION_____   DOCUMENT NUMBER 090-15   APD LC v1.00

| | | | | MPR/CID SEQUENCE NUMBER | |
|---|---|---|---|---|---|
| **EVIDENCE/PROPERTY CUSTODY DOCUMENT** For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command | | | | CRD REPORT/CID ROI NUMBER 0041-15-CID721-001177 | |
| RECEIVING ACTIVITY CCIU-Washington Metro Office, USACIDC | | | LOCATION Quantico, VA 22134 | | |
| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED ☒ OWNER  VIA GAILES ☐ OTHER | | | ADDRESS (Include Zip Code) 1450 Leroy Stevens Rd, Apt 41 Mobile AL 36695 | | |
| LOCATION FROM WHERE OBTAINED 1450 Leroy Stevens Rd, Apt 41, Mobile, AL 36695 | | | REASON OBTAINED Evidence | TIME/DATE OBTAINED 1047 - 1129 5 Aug 15 | |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | USB drive, Lexar Brand, 16GB, Pink in color, MFID 1045, 5Aug 15, RBR |
| 2 | 1 | USB drive, PNY Brand, 512M, Gray and Green in color, MFID 1047, 5Aug 15, RBR |
| 3 | 1 | Tablet, RCA Brand, Mdl: RCT6672W23, S/N: RO081DS2A3944, Black in Color, MFID 1054, 5 Aug 15, RBR |
| 4 | 1 | Notebook, Pink in Color, No Binder, MFID 1059, 5Aug15, RBR |
| 5 | 1 | Notebook, Office Depot Brand, 6inX9in, Worn Condition, MFID 1101, 5Aug15, RBR |
| 6 | 1 | Day Planner, 2014-2015, LSU Tigers, Purple in Color, MFID 1106, 5Aug15, RBR |
| 7 | 1 | Day Planner, Christian Inspirations Brand, Purple in color, MFID 1109, 5Aug15, RBR |
| 8 | 1 | Notebook, Carolina Pad Brand, 8.25inX5.75in, Purple in color, MFID 1121, 5Aug 15, RBR |
| 9 | 1 | Notebook page, White in color, "Apple: New Blessings 91... Favor 91" MFID 1125, 5Aug 15, RBR |
| 10 | 6 | Single Pages, Sprint Bill, Acct out #877094548, MFID 1129, 5Aug 15, RBR //Last ITEM// |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-10 | 5Aug15 | SIGNATURE [signed] NAME, GRADE OR TITLE  Via GAILES | SIGNATURE [signed] NAME, GRADE OR TITLE  Rodney Reif, SA | Evidence |
| THRU 10 | AUG 15 | SIGNATURE [signed] NAME, GRADE OR TITLE  Rodney B. Reif, SA | SIGNATURE [signed] NAME, GRADE OR TITLE  TAMARA MARONA | Release to Evidence Custodian |
| | | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE | |
| | | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE | |
| | | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE | |

DA FORM 4137, 1 JUL 1976   Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete

LOCATION _____   DOCUMENT NUMBER  093-15   APD PE v1.00

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| Field | Value |
|---|---|
| MPR/CID SEQUENCE NUMBER | |
| CRD REPORT/CID ROI NUMBER | 0041-15-CID221-001177 |
| RECEIVING ACTIVITY | CCIU-Washington Metro Office, USACIDC |
| LOCATION | Quantico, VA 22134 |
| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | [X] OWNER  Via Gailes  [ ] OTHER |
| ADDRESS (Include Zip Code) | 1450 Leroy Stevens Rd, Apt 41, Mobile, AL 36695 |
| LOCATION FROM WHERE OBTAINED | 1450 Leroy Stevens Rd, Apt 41, Mobile, AL 36695 |
| REASON OBTAINED | Evidence |
| TIME/DATE OBTAINED | 1137 - 1205, 5Aug15 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Envelope, Plastic construction, Purple in color, Containing (9) Nine Separate documents MFID 1137, 5Aug15, RBR |
| 2 | 1 | Paper, single sheet, White in color, lined, Containing Passwords and user IDs. "W. Fargo... Rejoice in the Lord." MFID 1143, 5Aug15, RBR |
| 3 | 1 | Checkcard, Navy Federal Credit Union, Red in color, "4000 2203 4378 2575" "04/18", "VIA Q GAILES" MFID 1200, 5Aug15, RBR |
| 4 | 1 | CUCARD, Navy federal Credit Union, American flag image on face "6423 9800 9493 9716" "04/18" "VIA Q GAILES" MFID 1203, 5Aug15, RBR |
| 5 | 1 | Credit Card, Capital One, "Venture", "Sheila A Miley" MFID 1205, 5Aug15, RBR //Last Item// |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-5 | 5Aug15 | SIGNATURE / Via Gailes | SIGNATURE / Rodney B. Reif SA | Evidence |
| THRU 5 | AUG 6 15 | SIGNATURE / Rodney B Reif SA | SIGNATURE / Amara Matissa | Release to Evidence Custodian |

DA FORM 4137, 1 JUL 1976  Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete

DOCUMENT NUMBER 092-15

| EVIDENCE./PROPERTY CUSTODY DOCUMENT<br>For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command || MPR/CID SEQUENCE NUMBER<br>0041-15-CID221 ||
|---|---|---|---|
| ||| CRD REPORT/CID ROI NUMBER<br>001177 ||
| RECEIVING ACTIVITY<br>Washington Metro Resident Agency, CCIU, USACIDC || LOCATION<br>Quantico, VA 22134 ||
| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED<br>☐ OWNER Mobile Police Department Forensics Computer<br>☒ OTHER || ADDRESS (Include Zip Code)<br>2460 Government Blvd, Mobile, Al 36606 ||
| LOCATION FROM WHERE OBTAINED<br>Mobile Police Department Forensics Computer, while at 2460 Government Blvd, Mobile, Al 36606 || REASON OBTAINED<br>Evidence | TIME/DATE OBTAINED<br>1045/6 Aug 15 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES<br>(Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Thumb Drive, Lexar Brand, Blue and Black In color, Plastic and metal type construction, Mdl: LJDTT8GB-000-1001CF, S/N: 33673-8GBGB containing the forensic image of the Apple, iPhone, Mdl A1586 seized from Ms. Via Gailes, Marked for ID with 1045, 6 Aug 15, RBR.///Last Item/// |

CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 6 Aug 15 | SIGNATURE<br>N/A<br>NAME, GRADE OR TITLE<br>Mobile PD Forensics Computer | SIGNATURE<br>*[signature]*<br>NAME, GRADE OR TITLE<br>SA Rodney B. Reif, 5529 | Evidence |
| 1 | 7 Aug 15 | SIGNATURE<br>*[signature]*<br>NAME, GRADE OR TITLE<br>SA Rodney B. Reif, 5529 | SIGNATURE<br>*[signature]*<br>NAME, GRADE OR TITLE<br>AMANDA TOMASWN | Released to evidence custodian. |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |

DA FORM 4137
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete. LOCATION _____

DOCUMENT NUMBER 091-15

FOR OFFICIAL USE ONLY